FILED
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

AUG 0 6 2009

SEAN F. McAVOY
CLERK

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA
DEBTOR'S EXHIBIT LIST

Chapter 7
Bankruptcy No. 09-00929

IN RE:

Sara Ann Mau

      Debtor(s)

Party's name: Sara Ann Mau
Party's attorney: Henry E. Nathanson

Hearing date: August 12, 2009

| EXH | BRIEF DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | DATE | DISPOSITION |
|---|---|---|---|---|---|---|---|
| 1 | Monthly statement from Elan with due date of June 7, 2009 | | | | | | |
| 2 | Letter to Elan dated June 2, 2009 | | | | | | |
| 3 | Monthly statement from Elan with due date of July 7, 2009 | | | | | | |
| 4 | Letter from Elan dated June 13, 2009 | | | | | | |
| 5 | Letter from Elan dated June 17, 2009 | | | | | | |
| 6 | Letter from Elan dated June 19, 2009 | | | | | | |
| 7 | Letter from Elan dated July 2, 2009 | | | | | | |
| 8 | Statement from Elan with due date of August 8, 2009 | | | | | | |
| 9 | Letter from Elan dated July 15, 2009 | | | | | | |
| | | | | | | | |

NOTE:   Per Local Bankruptcy Rules, marked exhibits should be hand delivered to the Court Recorder prior to the Trial or Hearing.