Proceeding Memo
(7/03 IAN)

# UNITED STATES BANKRUPTCY COURT - NORTHERN DISTRICT OF IOWA
## PROCEEDING MEMO AND ORDER

IN RE:    SARA ANN MAU                                Ch. 7

                                        Bankruptcy No. 09-00929

Date of Hearing: August 12, 2009

APPEARANCES:

For Debtor:    Henry Nathanson

NATURE OF PROCEEDING:    X In Court    ___ Telephonic

**Motion for Sanctions for Violation of the Automatic Stay**

IT IS ORDERED THAT:

This matter is continued and reset for

**September 3, 2009 at 1:30 p.m.**

in the Bankruptcy Court Room, 425 Second St. SE, Suite 800, CEDAR RAPIDS, IOWA.

Dated and Entered  August 12, 2009

_____
Bankruptcy Judge